Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

Daniel C. Knauth
212.309.7175
dknauth@morganlewis.com

April 10, 2008



RECEIVED APR 10 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 4/10/08

So ordered. 4-10-08 [signature]

VIA FACSIMILE 212-805-7942

The Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Roberta D. Batts v. Cablevision-FUSE LLC</u>, Case No. 10116351  07 Civ. 10574 (AKH)

Dear Judge Hellerstein:

We are counsel for Defendant in the above-referenced matter and pursuant to your Honor's Rules submit this letter request for a one-week adjournment of the Conference which is currently scheduled for May 2, 2008 at 9:30 a.m.

The requested adjournment date is May 9, 2008. There have been no other requests for adjournment of this Conference. I have discussed the request with Robert Valli, and the request is made with Plaintiff's consent.

Thank you for your Honor's consideration of this request.

Respectfully submitted,

Daniel C. Knauth

cc: Robert Valli
Counsel for Plaintiff (Via email)

1-NY/2245029.1